UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :
:
          v.                       :  CASE NO. 1:12-CR-194-8
:
ADRIAN TOTTON,           :
      Defendant         :

*O R D E R*

AND NOW, this 1st day of February, 2017, upon consideration of

Defendant's motion (Doc. 1162) under 28 U.S.C. § 2255, and pursuant to the

accompanying Memorandum, it is ORDERED that:

(1) Defendant's motion is GRANTED only as to his claim of ineffective
assistance of counsel surrounding the plea agreement negotiations.
Defendant's motion is DENIED in all other respects.

(2) The Government shall coordinate with defense counsel and reoffer
the plea agreement that was previously offered to Defendant as soon
as practicable.

(3) After Defendant has decided whether to accept the reoffered plea
agreement, such decision shall be promptly communicated to the
court in writing by the parties.  Thereafter, as is required, the court will
decide "whether to vacate the conviction from trial and accept the
plea, or leave the conviction undisturbed."  Lafler v. Cooper, 566 U.S.
156, 171 (2012).

(4) If required, a change of plea hearing and resentencing shall be
scheduled at an appropriate time by further order.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge